UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHIN dba CHIN FARMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARMTECH INSURANCE SERVICES, INC.;<br>and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | CASE NO. 1:15-cv-00040-TLN-SMS<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER**<br><br>District Judge: Troy L. Nunley<br>Magistrate Judge: Sandra M. Snyder<br>Date Filed: November 21, 2014<br>Date Removed: January 7, 2015 |

After reviewing the Amended Stipulation of the Parties Regarding Discovery and Pre-Trial Deadlines (Doc. 16), and good cause appearing,

IT IS HEREBY ORDERED THAT the Court's June 22, 2015, Pretrial Scheduling Order is amended, and the deadlines are as extended as follows:

　　　　Discovery completion:　　　　　　　　January 29, 2016

　　　　Initial expert disclosure:　　　　　　　February 26, 2016

　　　　Supplemental expert disclosure:　　　　March 17, 2016

　　　　Last day to hear dispositive motions:　　May 5, 2016

| | |
|---|---|
| Joint Final Pre-Trial Conference Statement: | June 23, 2016 |
| Final Pre-Trial Conference: | June 30, 2016 |
| Trial: | September 12, 2016 |

IT IS SO ORDERED.

Dated: July 15, 2015

_____
Troy L. Nunley
United States District Judge